450 A.2d 1057

Passmore et ux. v. Braha et ux., Appellants.
Petition for Allowance of Appeal
Denied Jan. 11, 1983.

Argued December 15, 1981. William A. Hebe, for appellants; James E. Carlson, submitted a brief on behalf of appellees.

Before McEWEN, JOHNSON and WATKINS, JJ.

The order is affirmed.